IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY,<br><br>　　　Plaintiffs,<br>v.<br><br>DIVERSIFIED MAINTENANCE SYSTEMS, INC., DIVERSIFIED STRIPING SYSTEMS, INC., KMB EQUIPMENT, LLC, KEVEN BECK, PAMELA K. BECK, and UNIVERSAL BUSINESS INSURANCE,<br><br>　　　Defendants. | **ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:23-cv-00109-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

　　Before the court is the parties' Stipulated Motion to Dismiss.[1] The Stipulation states that the parties are dismissing the above-captioned case with prejudice, and with each party to bear their own fees and costs.[2] Accordingly, the case is hereby DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close the case.

　　SO ORDERED this 19th day of January 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 33.

[2] *Id.* at 2.